UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL DUET | CIVIL ACTION |
| VERSUS | NO: 06-1825 |
| CROSBY TUGS, ET AL. | SECTION: R(4) |

### ORDER

Before the Court is defendants' motion to strike plaintiff's jury demand. Defendants move to strike the jury since the Court has dismissed all of plaintiff's claims other than his claim for maintenance and cure under general maritime law. (*See* R. Doc. 128). Plaintiff has filed a memorandum in response stipulating that he is not entitled to a jury on his maintenance and cure claim. (R. Doc. 134). The Court agrees that a maintenance and cure claim, standing alone, does not entitle a plaintiff to a trial by jury. *See Fitzgerald v. U.S. Lines Co.*, 374 U.S. 16, 17 (1963). Accordingly, the Court GRANTS defendants' motion to strike the jury demand.

New Orleans, Louisiana, this 16th day of December, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE